FID 11338107

2275-___-____

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| COLE REED HESTER | ) | Case No. 22-mj-1034 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

U.S. MARSHALS SERVICE MIDDLE TENNESSEE

2022 FEB 14 AM 9:30

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     COLE REED HESTER                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. Section 2252A(a)(2) - Receipt and Distribution of Child Pornography
Violation of 18 U.S.C. Section 2252A(a)(5)(B) - Possession of Child Pornography

Date: February 14, 2022

*Issuing officer's signature*

City and state:     Nashville, TN

U.S. Magistrate Judge, Barbara D. Holmes
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/28/22 , and the person was arrested on *(date)* 2/28/22
at *(city and state)* Clarksville, TN .

Date: 2/28/22

*Arresting officer's signature*

Jonathan Hendrix / Special Agent
*Printed name and title*